**U.S. COURTS**

# UNITED STATES DISTRICT COURT

MAY 0 4 2022

Rcvd_____ Filed_____ Time_____

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

for the

District of Idaho  ▾

_____ Division

| | | |
|---|---|---|
| Jennifer A. Warren | ) | Case No.  1:22-cv-198-BLW |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ✔Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| ADA County Prosecuters, Boise Police Depaetment, | ) | |
| Boise city Prosecuters, Faces of Hope Victim | ) | |
| Services, | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.**     **The Parties to This Complaint**

  **A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer A. Warren |
| Street Address | 5309 Sky Ranch Rd. |
| City and County | Nampa, ADA |
| State and Zip Code | Idaho, 83686 |
| Telephone Number | (509)780-2753 |
| E-mail Address | heartbugoutreach42@gmail.com |

  **B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Jan Bennent ADA County Prosecuters Office |
| Job or Title *(if known)* | Lead Prosecuter |
| Street Address | 200 W. Front st. |
| City and County | Boise, ADA County |
| State and Zip Code | Idaho, 83686 |
| Telephone Number | (208)287-7700 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Boise Police Department |
| Job or Title *(if known)* | Mathew Lane, as well as several others |
| Street Address | 333 N.   MarkStall |
| City and County | Boise, ADA County |
| State and Zip Code | Idaho, 83705 |
| Telephone Number | (208)377-6790 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Boise Prosecuters Office |
| Job or Title *(if known)* | |
| Street Address | 150 N. Capital Blvd. |
| City and County | Boise, ADA County |
| State and Zip Code | Idaho, 83702 |
| Telephone Number | (208)577-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Faces of Hope Victim Services |
| Job or Title *(if known)* | |
| Street Address | 417 S. Sixth St. |
| City and County | Boise, ADA County |
| State and Zip Code | Idaho, 83702 |
| Telephone Number | (208)577-4400 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Violence against woman act,  (VAWA) {18 U.SC. 2265}, Violation of my civil rights, as well as my victims rights,

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)*  Jennifer Anne Warren / Shandry A. Baum          , is a citizen of the State of *(name)*  Idaho                                              .

b.   If the plaintiff is a corporation
The plaintiff, *(name)*                                            , is incorporated under the laws of the State of *(name)*                                                  , and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)*  Steven Warrens Estate                 , is a citizen of the State of *(name)*  Idaho                              . Or is a citizen of *(foreign nation)*                                     .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1 million dollars Legal fees, punitive damages for Emotional distress, malicious prosecution, and abuse of process. Unlawful detention on several occasions, perpatrated by those in trusted positions could not be trusted. A Brady rule violation, a violation of my civil rights on 6-24-2019 illegal seach and seizure of my persons as well as my belongings.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

312. Violation of order — Penalties. (1) Whenever a protection order is granted and the respondent or person to be restrained had notice of the order,...00) of which shall be deposited to the credit of the domestic violence project account created in section 39-5212, Idaho Code. (2) A peace officer may arrest without a warrant and take into custody a person ...

Section 39-6306 – Idaho State Legislaturepecnv.out

02 Jan 202214 hits

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I pray the court grant me posession/ownership of the real property located at 9895/9899 Mesquite court, Boise Id. I also am requesting the court grants me punitive damages in the amount of $1 million dollars. Emotional distress, and re-victimization by law enforcement officers, and court appointed trusted officials whom failed to do their duties.

1. The actions of the Defendants were wrongful, malicious, designed to damage, and cause emotional distress. The Plaintiff suffered extreme mental and emotional anguish as a result of the defendant's wrongful actions. The Plaintiff incurred attorney's fees, emotional distress, anguish as a result of defendants deliberate and malicious conduct.

2. Plaintiff has suffered harm to her reputation, shame and embarrassment, mental anguish, and distress by being arrested by the Boise police department.

3. The Plaintiffs fourth amendment civil rights were violated, as well as her victims rights. The police officers acted with gross negligence, failed to show a duty of care in their job requirements.

4. The Defendants conduct shows a blatent abuse of process, to accomplish an unlawful purpose not intended as a matter of law. The Plantiff was wrongfully charged by the prosecution for the sole purpose of causing severe emotional distress, and intentional re-victimization by the unjust, and illegal charges brought without legal grounds.

5. Plaintiff will show that the actions of the defendants, herein reflect a malicious, intentional, willful and wreckless disregard of the Plaintiffs civil rights, and victims' rights and warrant an award of punitive damages to the Plaintiff.

6. Comes now before the court that the Plaintiff prays for the court to award the Plaintiff the residential real property located at 9895/9899 West Mesquite court in Boise Idaho. Whereas the court had at one time given the Plaintiff possession of the residence at 9895 w. Mesquite ct. The defendant Mr. Warren was arrested after being charged with domestic battery against the Plaintiff.

7. Plaintiff will also show that the actions of the defendant's felony arrest for illegal possession of two firearms, while there was an NCO and a PTO in place. The defendants failed to act in the interest of the Plaintiff's safety and well-being. Further causing harm and emotional distress, assault and battery knowing the likelihood of causing further injury to the victim was more probable than not.

Relief


The Plaintiff will show the courts that the defendants maliciously, and with full knowledge of the history of Domestic Violence, and ongoing abuse failed to uphold the laws.  The Plaintiff will also prove that the conduct of law enforcement officers was negligent in their failure to do their duties and causing further injury to the Plaintiffs. I pray the courts grant the plaintiffs the right to recover Punitive damages in the amount of one million dollars, this will prevent future misuse of the justice system. A clear message to those in position of power not to abuse that power that they are entrusted to uphold, and prevent re-victimization to victims of Domestic Violence. The Plaintiffs also request that the real property located at 9895/9899 West Mesquite Ct. Be given possession of the residence, as the courts had previously ordered in Feb. Of 2019, Mr. Warren disregarded the courts order and rented it to his sons friends while at the same time denying me access to the residence as well as my belongings.

312. Violation of order — Penalties. (1) Whenever a protection order is granted and the respondent or person to be restrained had notice of the order,...00) of which shall be deposited to the credit of the domestic violence project account created in section 39-5212, Idaho Code. (2) A peace officer may arrest without a warrant and take into custody a person ...

Section 39-6306 – Idaho State Legislaturepecnv.out

02 Jan 202214 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 63 DOMESTIC VIOLENCE CRIME PREVENTION 39-6306. Hearing on petition for protection order — Relief ...showing that there is an immediate and present danger of domestic violence to the petitioner the court may, if requested,...Code; (b) A party be restrained from committing acts of domestic violence; (c) Exclude the respondent ... The council on domestic violence , in recognition of the particular treatment requirements for batterers, shall develop minimal ...recently threatened the petitioner with bodily harm or engaged in domestic violence against the petitioner or where there is reasonable cause ...

Section 39-5203 – Idaho State Legislaturepecnv.out

02 Jan 20228 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5203. Council on domestic violence and victim assistance. (...The Idaho council on domestic violence and victim assistance is hereby established. The council shall be the advisory body for ...programs and services affecting victims of domestic violence and other crimes in Idaho. (2) For budgetary purposes ...

Section 32-1410 – Idaho State Legislaturepecnv.out

02 Jan 20228 hits

... domestic violence court fees. (1) Each person who is found guilty of or pleads guilty to any ...of the following alcohol, substance abuse or domestic violence related offenses shall pay a thirty dollar ($30.00) ...provided in section 1-1625, Idaho Code, to assist in funding the domestic violence courts: (a) Section 18-918, ...Idaho Code (domestic violence ); (b) Section 18-920, Idaho Code (violation of no contact ...

Section 19-5703 – Idaho State Legislaturepecnv.out

02 Jan 202210 hits

...whose behalf the application is made, is a victim of domestic violence , stalking, rape or malicious harassment, ...whose behalf the application is made, is a victim of domestic violence , sexual assault or human trafficking, the ...other government agency records or files; (b) Documentation from a domestic violence or sexual assault program or facility if the person ...is alleged to be a victim of domestic violence , sexual assault or human trafficking; (c) ...is made has sought assistance in dealing with the alleged domestic violence , sexual assault or human trafficking; and ...

Section 32-1402 – Idaho State Legislaturepecnv.out

02 Jan 20226 hits

...provide legal and other services to parents and children; (6) A domestic violence court coordinator to assist in the effective operation of ...a domestic violence court and to serve victims and families involved in domestic violence court proceedings; (7) Supervised ...

Section 39-6306A – Idaho State Legislaturepecnv.out

02 Jan 20226 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 63 DOMESTIC VIOLENCE CRIME PREVENTION 39-6306A. Uniform interstate enforcement of domestic violence protection orders act....may be cited as the quot;Uniform Interstate Enforcement of Domestic Violence Protection Orders Act.quot; (2) ...

Section 39-5201 – Idaho State Legislaturepecnv.out

02 Jan 202212 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5201. Declaration of policy. The legislature finds that ... domestic violence is an issue of growing concern. Research findings show that domestic violence constitutes a significant percentage of homicides, ... Domestic violence is a disruptive influence on personal and community life and is often interrelated with a number of other ... Refuge for victims of domestic violence is essential to provide protection to victims from further abuse and physical harm. ...of the state for the purpose

2

of aiding victims of domestic violence and other crimes. It is understood that the ...

Section 32-1409 – Idaho State Legislaturepecnv.out

02 Jan 202212 hits

... domestic violence courts. (1) The district court in each county may establish a domestic violence court in accordance ... (2) The committee shall recommend policies and procedures for domestic violence courts addressing eligibility, identification and screening, assessment, ... The committee shall also solicit specific domestic violence court plans from each judicial district, recommend funding priorities for each ...district and provide training to ensure the effective operation of domestic violence courts. (3) No person has ...a right to be admitted into a domestic violence court. History: [32-1409, added 2009, ch....

Section 39-6316 – Idaho State Legislaturepecnv.out

02 Jan 202212 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 63 DOMESTIC VIOLENCE CRIME PREVENTION 39-6316. Law enforcement officers — Training, powers, ...officers standards and training academy relating to the handling of domestic violence complaints by law enforcement officers shall stress enforcement ...agencies and community organizations with expertise in the issue of domestic violence shall cooperate in all aspects of such training. ...When a peace officer responds to a domestic violence call, the officer shall give a written statement to victims which ...substantially stating the following: IF YOU ARE THE VICTIM OF DOMESTIC VIOLENCE, you can ask the city or county ...

Section 39-5212 – Idaho State Legislaturepecnv.out

02 Jan 202210 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5212. Domestic violence project account. There is hereby created ...in the state operating fund the domestic violence project account. Moneys received from the fees imposed by section 39-5213, ...account and shall be perpetually appropriated to the council on domestic violence and victim assistance for grants for domestic violence projects ...

Section 39-5202 – Idaho State Legislaturepecnv.out

02 Jan 202212 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5202. Definitions. As used in this chapter: ...quot;Domestic violence quot; means the physical injury, sexual abuse or forced imprisonment or threat thereof of a family ...with or has been married to the person committing the domestic violence . (3) quot;Safe housequot;...an as needed basis for temporary residence to victims of domestic violence and their children. (4) quot;...a week basis, to provide temporary residence to victims of domestic violence and their children. (5) quot;...

Section 39-5208 – Idaho State Legislaturepecnv.out

02 Jan 202212 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5208. Responsibilities and duties. The council shall: ...for the development and establishment of projects for victims of domestic violence and certain other crimes; (4) ...monitor the services and programs being provided for victims of domestic violence and other crimes under this chapter; (6)...Monitor programs and services for victims of domestic violence and other crimes to assure nonduplication of services and to encourage ...data on the services and programs provided to victims of domestic violence and other crimes and the geographic incidence of domestic violence ...

Section 39-6304 – Idaho State Legislaturepecnv.out

02 Jan 202210 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 63 DOMESTIC VIOLENCE CRIME PREVENTION 39-6304. Action for protection. (1) There ...a quot;petition for a protection orderquot; in cases of domestic violence . (2) A person may ...seek relief from domestic violence by filing a petition based on a sworn affidavit with the magistrates division of the district ...whether an adult or a child, is the victim of domestic violence . Any petition properly filed under this chapter ...behalf of a minor child who is the victim of domestic violence . (3) A person's right ...

Section 39-5210 – Idaho State Legislaturepecnv.out

02 Jan 202210 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 52 DOMESTIC VIOLENCE PROJECT GRANTS 39-5210. Eligible projects. To be eligible for domestic violence ...No funds may be granted to batterer programs from the domestic violence project account which are derived from marriage license or ...to: (1) Counseling; (2) Educational services for community awareness, for prevention of domestic violence and for the care, treatment and rehabilitation of ...parties to domestic violence ; (3) Support

4

groups; (4)


Section 39-6302 – Idaho State Legislaturepecnv.out

02 Jan 202214 hits

...out TITLE 39 HEALTH AND SAFETY CHAPTER 63 DOMESTIC VIOLENCE CRIME PREVENTION 39-6302. Statement of purpose. For purposes of this ... Furthermore, research shows that domestic violence is a crime which can be deterred, prevented or reduced by legal intervention.... Domestic violence can also be deterred, prevented or reduced by vigorous prosecution by law enforcement agencies and prosecutors and ... The purpose of this act is to address domestic violence as a serious crime against society and to assure the ...victims of domestic violence the protection from abuse which the law and those who enforce the law can provide. It ...

Section 32-1408 – Idaho State Legislaturepecnv.out




Negligence is defined as the failure to use proper care, which results in damage or injury to another.

Intentional Emotional Distress – the act of causing mental anguish to another person through outrageous conduct, injury, or other harm.  On more than one occasian the police failed to do their due diligence when it came to making an arrest, Mr. Warren continued to stalk and harrass and threaten me. In fact on October 9th 2021 there was a hearing where Judge Steckel allowed Mr. Warren to take position of the residence and Mr. Warren told the court he made Provisions for me up in Asakha, ID. Less than 30 days later He was arrested at that address in posession of two firearms. At the time there was a protection order in place and he is a felon who is forbidden from having any firearms. Mr. Warren was released after a couple of days and free to continue his stalking. I continued to report it but nothing was done.

The psychological suffering that someone experiences as the result of a traumatizing experience.

A high degree of emotional torment, distress, or suffering

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/27/2022

Signature of Plaintiff          _____

Printed Name of Plaintiff      Jennifer A Warren

### B.      For Attorneys

Date of signing:            _____

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                 _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code             _____

Telephone Number             _____

E-mail Address               _____

Origin From Feb.23,2019 until 2021 Mr. Warren continued to stalk and harass me taking my vehical, continued contact that was unwanted.

"emotional distress," can include anxiety, depression, trauma, or grief. Post-traumatic stress disorder, a form of mental anguish, can develop into serious problems if left untreated. To explore this concept, consider the following mental anguish definition.

The amount of distress it caused me is difficult to put into words, Mr.Warren continued to threaten me and take all of my belongings. I felt hopeless and helpless to defend myself from him and his friends. I still dont feel safe anywhere I am constantly looking over my shoulder waiting for someone to hurt me or shoot me. I was told by the police there was nothing they could do except write the reports and turn them in, I have attatched the copys of the reports and evidence that I hae been able to retain in my position. All of the dates are on the papers and reports provided. On several occasions my rights were violated, both civil as well as victims. Mr.Warren was arrested for violating the NCO several times, I was not contacted by the prosecuters or advocates either time, instead it was dismissed without my knowledge.

6