U.S. COURTS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

DEC 20 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Plaintiff,                                   CASE NO. 1;22-cv-00198-BLW

Jennifer Warren, Shandry Baum

V

Defendants,

Boise City Police Department, Faces of Hope,

ADA County Prosecutors, Boise City Prosecuters,

Mr. Warren's Estate, Attorney General Lawerence Wasden

Amendment to Complaint

Statement of Claim

      Comes now before the court, Jennifer Warren's amendment to the statement of claim with regards to Faces of Hope. On or about September of 2019 my daughter, Shandry Baum and I were attending the de-escalation classes offered by Faces of Hope. At the time I was struggling emotionally, physically and spiritually

AMENDMENT TO STATEMENT
OF CLAIM-3

because of the ongoing Domestic Violence I was experiencing at the hands of Mr. Steven Warren. I was reaching out to the crisis counselor for help, at which time I began seeing the crisis counselor. I went to six different sessions with the counselor. She equipped me with a stalking log for me to keep a detailed account of every incident that had taken place. I also kept a very detailed account of how I was feeling during these extremely difficult times. In this log I expressed my fear for my life and safety on a daily basis, as well as every time I had filed a report when he continued to have no regard for the NCO and PTO that were in place at the time. Approximately 2 weeks after I completed the available 6 sessions with the crisis counselor there was an incident where I had been physically battered by Mr. Warren. I had called the Faces of Hope to ask for help, I didn't know what to do I was at the end of my rope on the verge of suicide just to make it end. I had spoke to Jennifer, the receptionist at the front desk at which time she informed me that they would not be offering me any services at any time ever for any reason, that I am an offender and do not deserve any of their help and not to call ever again. At that point I was ready to end my life. I didn't know what other options I had. I had done everything I was told to do, Norma Kukla is the victim advocate that I was working with at the time. She wouldn't return my calls and when I did make contact with her finally she would only tell me to continue to keep reporting every incident to the police and that they would eventually do something. When

AMENDMENT TO STATEMENT
OF CLAIM-3

Norma Kukla did send me my victim notification she sent it to the wrong address. She also sent it to late for me to respond, in fact the letter stated that she would be transferring the case over to the ADA County Prosecutor's office for prosecution against Mr. Warren which never came about. I am still suffering from severe PTSD from the abuse I suffered at the hands of Steven Warren as well as the re-victimization from the different agencies that were put in place for the specific reason as to protecting victims of Domestic Violence and ongoing stalking and abuse. It is a daily struggle to get through each day without having an emotional breakdown or setback.

AMENDMENT TO STATEMENT
OF CLAIM-3